IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID KRAJEWSKI, | 7:03CV5029 |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| ENDERES TOOL COMPANY, INC., a Minnesota corporation, and NORTHERN TOOL & EQUIPMENT CO., a Florida corporation, | |
| Defendants. | |

This matter is before the court on Plaintiff's motion for an extension of time (filing 86) and a Stipulation signed by all parties agreeing that the date for Plaintiff's submission of responsive briefs should be extended to July 21, 2005 (filing 87). I find that the motion should be granted.

IT IS ORDERED:

1.  The motion in filing 86 is granted, and Plaintiff shall have until July 21, 2005 to submit briefs in response to Defendant Enderes Tool Company, Inc.'s Motion for Summary Judgment (filing 80) and Defendant Northern Tool & Equipment Co.'s Motion for Summary Judgment (filing 83); and

2.  The Clerk of the Court shall make an entry in the computer-assisted record keeping system to reflect that the two motions for summary judgment (filings 80 and 83) shall be ripe for decision on July 29, 2005.

DATED June 14, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge